IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-375-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM FRANKLIN DUNHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion to terminate supervised release

[D.E. 58] (and include Probation's position) not later than February 27, 2026.

SO ORDERED. This 27 day of January, 2026.

JAMES C. DEVER III
United States District Judge