IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-375-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM FRANKLIN DUNHAM, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 60], the court DENIES defendant's motion for early termination of supervised release [D.E. 58].

SO ORDERED. This 12 day of February, 2026.

JAMES C. DEVER III
United States District Judge